**Fill in this information to identify your case:**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS

Debtor 1 _____Kenneth R. James_____

First Name          Middle Name          Last Name

Debtor 2   Jacqueline N. James_____
(filing spouse)  First Name          Middle Name          Last Name

Case Number:  25-10391 _____

**EOD**

02/18/2026

## TXEB Local Form 3015-b

---

## ORDER CONFIRMING CHAPTER 13 PLAN

················································································································Adopted: Dec 2017

Upon completion of a hearing upon proper notice to consider the confirmation of the Chapter 13 Plan proposed by the Debtor1 (the "Plan"), wherein the Court has determined that all of the requisite requirements for confirmation pursuant to § 13252 have been fulfilled by the Debtor, and that all objections to plan confirmation have been overruled or resolved by agreement, the Court finds that just cause exists for the entry of the following order.

## IT IS THEREFORE ORDERED:

1. The Debtor's Plan filed on _____12/30/2025_____   [**dkt #29**   ] , as amended by this order, is **CONFIRMED**.

2. The Debtor shall pay:

☐ **Constant Payments:** _____ per month for _____ months,

☑ **Variable Payments:**   for **60**_____   months pursuant to the schedule set forth in **Exhibit A** to this order,

together with those portions of any tax refunds required to be tendered under § 2.4 of the Plan, to:

**Lloyd Kraus, Chapter 13 Trustee**
**P. O. Box 734**
**Tyler, TX 75710**

beginning **09/25/2025**_____   and continuing until all of the allowed claims provided for by the Plan have been paid in accordance with the provisions of the Plan, this Order, or any subsequent order of the Court.

3. Excepting adequate protection payments authorized to be paid by LBR 3015(c), and only to the extent funds are available, the Trustee shall make disbursements on a monthly basis to the holders of allowed claims as set forth in the terms of the Plan and as modified by this Order; provided, however, that the Trustee shall not be required to pay any dividend to any claimant in an amount less than $15.00 and any dividends deferred under this provision shall be paid when the accumulation of payments due to such claimant shall exceed the sum of $15.00. Upon the filing of any plan modification motion, however, the Trustee is authorized to suspend disbursements to the holders of allowed claims pending the resolution of that motion in order to determine the effect of the modification upon future disbursements.

_____
1 The use of the singular term "Debtor" in this Order includes both debtors when the case has been initiated by the filing of a joint petition by spouses.
2 All statutory references contained in this Order refer to the Bankruptcy Code, located in Title 11, United States Code.

Debtor  Kenneth and Jacqueline N. James _____     Case number  25-10391 _____

4. Pursuant to LBR 3015(f)(1), the Plan is amended through this Order without the necessity of further disclosure to creditors in the following manner:

☑ **Other Changes That Do Not Require Further Notice to Creditors.**[3] The Plan is **MODIFIED** in the following manner:

The Plan shall (i) treat Mack Brooks, LLC as agent for FGMS Holdings, LLC ("Lender") as over secured (for purposes of 11 U.S.C. § 506(b)) such that Lender is paid interest from and after the entry of an order for relief in this case; (ii) retain Lender's liens as first priority liens on the Debtors' property to secure payments thereunder; and (iii) notwithstanding the requirement of Section 3.7 of the Plan, Lender shall not be required to release its liens unless and until Lender's claims (inclusive of all amounts allowed under 11 USC § 506(b)) have been paid in full.

Additionally, Lender reserves the right to assert its 506(b) claim, subject to Court approval. The Debtors reserve the right to challenge the amount of such claim (but not whether Lender is over secured).

Signed on 2/18/2026

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

x **/s/ Tagnia F. Clark** _____     Date _____
**Lloyd Kraus, Chapter 13 Trustee**
**Tagnia F. Clark, Staff Attorney**

x **/s/ Robert W. Barron** _____     Date **February 17, 2026** _____
**Attorney for Debtor**

x  /s/ Howard Spector (with permission) _____     Date  February 17, 2026 _____
**Attorney for Mack Brooks, LLC**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE: **James, Kenneth R.**                                          CASE NO 25-10391
       **James, Jacqueline N.**

            *Debtor(s)*                                              CHAPTER 13

## EXHIBIT "A" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| Month / Due Date | Payment | Month / Due Date | Payment | Month / Due Date | Payment |
|---|---|---|---|---|---|
| 1  9/25/2025 | $1,750.00 | 21  5/25/2027 | $2,850.00 | 41  1/25/2029 | $3,485.00 |
| 2  10/25/2025 | $1,750.00 | 22  6/25/2027 | $2,850.00 | 42  2/25/2029 | $3,485.00 |
| 3  11/25/2025 | $1,750.00 | 23  7/25/2027 | $2,850.00 | 43  3/25/2029 | $3,485.00 |
| 4  12/25/2025 | $1,750.00 | 24  8/25/2027 | $2,850.00 | 44  4/25/2029 | $3,485.00 |
| 5  1/25/2026 | $2,850.00 | 25  9/25/2027 | $2,850.00 | 45  5/25/2029 | $3,485.00 |
| 6  2/25/2026 | $2,850.00 | 26  10/25/2027 | $2,850.00 | 46  6/25/2029 | $3,485.00 |
| 7  3/25/2026 | $2,850.00 | 27  11/25/2027 | $2,850.00 | 47  7/25/2029 | $3,485.00 |
| 8  4/25/2026 | $2,850.00 | 28  12/25/2027 | $2,850.00 | 48  8/25/2029 | $3,485.00 |
| 9  5/25/2026 | $2,850.00 | 29  1/25/2028 | $2,850.00 | 49  9/25/2029 | $3,485.00 |
| 10  6/25/2026 | $2,850.00 | 30  2/25/2028 | $2,850.00 | 50  10/25/2029 | $3,485.00 |
| 11  7/25/2026 | $2,850.00 | 31  3/25/2028 | $2,850.00 | 51  11/25/2029 | $3,485.00 |
| 12  8/25/2026 | $2,850.00 | 32  4/25/2028 | $2,850.00 | 52  12/25/2029 | $3,485.00 |
| 13  9/25/2026 | $2,850.00 | 33  5/25/2028 | $2,850.00 | 53  1/25/2030 | $3,485.00 |
| 14  10/25/2026 | $2,850.00 | 34  6/25/2028 | $2,850.00 | 54  2/25/2030 | $3,485.00 |
| 15  11/25/2026 | $2,850.00 | 35  7/25/2028 | $2,850.00 | 55  3/25/2030 | $3,485.00 |
| 16  12/25/2026 | $2,850.00 | 36  8/25/2028 | $2,850.00 | 56  4/25/2030 | $3,485.00 |
| 17  1/25/2027 | $2,850.00 | 37  9/25/2028 | $3,485.00 | 57  5/25/2030 | $3,485.00 |
| 18  2/25/2027 | $2,850.00 | 38  10/25/2028 | $3,485.00 | 58  6/25/2030 | $3,485.00 |
| 19  3/25/2027 | $2,850.00 | 39  11/25/2028 | $3,485.00 | 59  7/25/2030 | $3,485.00 |
| 20  4/25/2027 | $2,850.00 | 40  12/25/2028 | $3,485.00 | 60  8/25/2030 | $3,485.00 |